# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2478
LT Case No. 16-2022-CA-000272

_____

JENNIFER MOORE,

Appellant,

v.

MARETTE M. CARTER and MET
LIFE FARMERS INSURANCE,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

Jennifer Moore, Jacksonville, pro se.

Scott A. Cole and Francesca M. Stein, of Cole, Scott & Kissane,
P.A., Miami, for Appellees.

June 11, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____